Shane P. Swilley, OSB No. 053909
swilley@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRETT WOODYARD**, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>**PRESTIGE CARE, INC.,** a Washington corporation, and **APRYL SCHNEIDER,** an individual,<br><br>       Defendants. | Case No. 3:21-cv-01247-AC<br><br>**Stipulated Dismissal of Claims with Prejudice** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety *with prejudice* and without an award of fees or costs to either party.

IT IS SO STIPULATED:

   DATED: November 11, 2022

COSGRAVE VERGEER KESTER LLP             LINDSAY HART LLP


*s/ Shane P. Swilley*                                              *s/ Katie M. Eichner*
Shane P. Swilley, OSB No. 053909         Katie M. Eichner, OSB No. 093405
Attorney for Plaintiff                                 Attorney for Defendants


Page 1 – **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☒ electronic filing notification,
- ☐ hand delivery,
- ☐ overnight delivery,
- ☐ email,
- ☐ facsimile transmission.

I further certify that the copy was delivered as indicated above and addressed to the attorneys listed below:

Katie M. Eichner
Lindsay Hart, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201-5640
keichner@linsayhart.com
　　　Of Attorneys for Defendants

DATED: November 11, 2022

　　　　　　　　　　　　　　　　　　　*s/ Shane P. Swilley*
　　　　　　　　　　　　　　　　　　　Shane P. Swilley

Page 1 – **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019